El Pueblo de Puerto Rico, demandante y apelado *v.* Juan Villaveitia, acusado y apelante.

No. 4768.—*Sometido:* Mayo 26, 1932. *Resuelto:* Junio 3, 1932.

*A. Lastra Charriez* y *J. B. Soto,* abogados del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El apelante sostiene que la corte de distrito erró al declarar sin lugar una moción de nuevo juicio y al dictar sentencia. La última parte de esta contención se presenta como corolario de la primera, y no precisa discutirla separadamente.

La moción de nuevo juicio se basó en unas manifestaciones que se dijeron haber sido hechas por uno de los jurados después del veredicto. Esas manifestaciones, si se hicieron tal como constan en las declaraciones juradas que se radicaron en apoyo de la moción, revelan una determinación fija, definitivamente formada antes del juicio, de condenar al acusado independientemente de la evidencia que se aduciría en el mismo. De ser ciertas, esas manifestaciones hubieran requerido la concesión de un nuevo juicio, y, si las declaraciones juradas que se acompañaron a la moción no hubieran sido contradichas, la negativa de la moción hubiera constituído un error justificativo de la revocación. El jurado, sin embargo, negó en una contradeclaración jurada haber hecho las manifestaciones que se le atribuían, y los *affidavits* de otros jurados se pronunciaron en el sentido de que la conducta de él y sus conversaciones a través del juicio no daban idea alguna de predisposición o prejuicio contra el acusado. Debe presumirse que el juez sentenciador consideró esta cuestión de hecho al declarar sin lugar la moción y si bien una conclusión de hecho específica hubiese sido mucho más satisfactoria, no creemos que estaríamos justificados en alterar el resultado.

*Debe confirmarse la sentencia apelada.*